UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

JS-6

| Case No. | CV 12-1634 CAS (SHx) | Date | March 9, 2012 |
|---|---|---|---|
| Title | MAYFAIR PROPERTY LLC v. JORGE CASTORENA, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers:) PLAINTIFF'S MOTION TO REMAND TO LOS ANGELES SUPERIOR COURT** (filed 3/6/2012)

## I.    INTRODUCTION

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15.

On December 21, 2011, plaintiff Mayfair Property LLC filed an unlawful detainer action in Los Angeles County Superior Court against defendants Jorge and Leticia Castorena and Does 1–20. On February 27, 2012, defendants removed to this Court on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441. Defendants argue that jurisdiction exists because their defense is predicated on a federal question. Removal ¶ 10. Plaintiff filed a motion to remand on March 6, 2012. For the reasons set forth below, the Court does not find it necessary to wait for an opposition to be filed.

## II.    DISCUSSION

The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law."). A defendant's attempt at creating federal subject matter jurisdiction by adding claims or defenses to a notice of removal must fail. McAtee v. Capital One, F.S.B., 479 F.3d 1143, 1145 (9th Cir. 2007).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**                    **JS-6**

| Case No. | CV 12-1634 CAS (SHx) | Date | March 9, 2012 |
|----------|----------------------|------|---------------|
| Title | MAYFAIR PROPERTY LLC v. JORGE CASTORENA, ET AL. | | |

       Here, the only claim asserted by plaintiff is for unlawful detainer against defendant.  Dkt. No. 1 at 15.  Defendants cannot create federal subject matter jurisdiction by adding claims or asserting defenses.  <u>McAtee</u>, 479 F.3d at 1145.

## III.   CONCLUSION

       Accordingly, plaintiff's motion to remand the action to Los Angeles County Superior Court is GRANTED.

       IT IS SO ORDERED.

|  | 00 | : | 00 |
|--|----|---|----|
| Initials of Preparer | | CMJ | |